Case 3:20-cr-02241-DMS   Document 13   Filed 02/14/22   PageID.23   Page 1 of 3

FILED

FEB 1 4 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY __ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

20CR 2241-DMS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No/Magistrate No. |
| Plaintiff, | DETENTION ORDER |
| v. | |
| Jorge Alexander Campos-Oliva. | |
| Defendant. | |

A. **Order For Detention**

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

B. **Statement of Reasons For the Detention**

The Court orders the defendant's detention because it finds:

　　__X__　　By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

　　_____　　By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

1

C. **Rebuttable Presumption**

In determining that the defendant should be detained, the Court relied on the following rebuttable presumption(s) contained in 18 U.S.C. §3142(e):

_____ (a) That no condition or combination of conditions will reasonably assure the safety of any other person and the community because the Court finds that the crime involves:

_____ (A) A crime of violence or a crime listed in 18 U.S.C. §2332b(g)(5)(B) for which the maximum sentence is 10 years or more; or

_____ (B) An offense for which the maximum penalty is life imprisonment or death; or

_____ (C) A controlled substance violation which has a maximum penalty of 10 years or more; or,

_____ (D) A felony after the defendant had been convicted of two or more offenses described in (A) through (C) above,

**AND** the defendant has a prior conviction for one of the crimes mentioned in (A) through (C) above, which was committed while the defendant was on pretrial release and no more than five years have passed since his release from imprisonment for that crime.

__X__ (b) That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because the Court finds that there is probable cause to believe:

__X__ (A) That the defendant has committed a controlled substance violation which has a maximum penalty of 10 years or more.

_____ (B) That the defendant has committed an offense under 18 U.S.C. §§924(c), 956(a) or 2332b.

_____ (C) That the defendant has committed an offense listed in 18 U.S.C. §2332b(g)(5)(B) which has a maximum penalty of 10 years or more.

_____ (D) That the defendant has committed an offense involving a minor victim under 18 U.S.C. §§1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), (2) or (3), 2252A(a)(1), (2), (3) or (4), 2260, 2421, 2422, 2423 or 2425.

_____ The Court finds the defendant has not rebutted the presumption that no condition or combination of conditions will reasonable assure ___the appearance of the defendant ; ___the safety of the community.

D. **Written Statement of Reasons for Detention**

2

1       The factual findings and conclusions of law to support this detention order are contained in the transcript of the proceeding of _____ and the transcript of those proceedings are specifically incorporated as my written statement of reasons for detention.

E. **Additional Directives**

      IT IS ORDERED that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with his counsel.

      While in custody, on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and Government counsel.

      This order is made without prejudice to modification by this Court.

IT IS SO ORDERED.

Dated: 2/11/22

BERNARD G. SKOMAL
United States Magistrate Judge

cc: District Judge
    All Counsel of Record